

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

September 12, 2022

**Martina Tyreus Hufnal**
Principal
tyreushufnal@fr.com
+1 302 778 8471  direct

**VIA ECF**

The Honorable Maryellen Noreika
United States District Court
844 N. King Street
Wilmington, DE 19801

RE:  *Osteoplastics LLC v. ConforMIS, Inc.*, D. Del. C.A. No. 20-405-MN-JLH

Dear Judge Noreika:

Trial is scheduled for October 11, 2022 with a pretrial conference scheduled for October 4, 2022. Osteoplastics writes to respectfully request confirmation that the currently-scheduled trial will be rescheduled and requests a date for trial as soon as the Court's schedule allows after resolution of Defendant's forthcoming objections to the Report and Recommendation on indefiniteness.

Magistrate Judge Hall held a hearing on claim construction and indefiniteness on August 2, 2022.  On Friday, September 9, 2022, the Court issued a Report and Recommendation denying Defendant's motion for summary judgment on indefiniteness and construing the remaining terms. (D.I. 179)

Prior to the hearing, the Court asked if the parties would be willing to consent to the Magistrate's jurisdiction for claim construction and indefiniteness.  At the time, Conformis stated it would consent for both and Osteoplastics stated that it was willing to consent for purposes of claim construction but could not at the time consent for indefiniteness. Two weeks ago, in an effort to proceed efficiently to trial, Osteoplastics reached out to Conformis stating that Osteoplastics was willing to consent to Magistrate Judge Hall for indefiniteness as well.  Conformis, however, now refused to consent.

Osteoplastics understands that Conformis intends to file objections to the R&R on indefiniteness. Briefing on objections to the Report and Recommendation will not be completed before October 7, 2022. In addition, the Court previously expressed concern whether it would be able to address any objections prior to October 11, 2022.  At this stage, in order to preserve the resources of both the Court and the parties, Osteoplastics requests confirmation that the currently-scheduled trial will not proceed and instead will be rescheduled for a date after the Court has an opportunity to address Conformis' forthcoming objections regarding indefiniteness.



September 12, 2022
Page 2

Respectfully,

*/s/ Martina Tyreus Hufnal*

Martina Tyreus Hufnal (#4771)