# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 14, 2022

The Honorable Maryellen Noreika      <u>VIA ELECTRONIC FILING</u>
United States District Court
844 N. King Street
Wilmington, DE  19801

       Re:    <u>*Osteoplastics, LLC v. Conformis, Inc.*,</u>
             <u>C.A. No. 20-405-MN-JLH</u>

Dear Judge Noreika:

     I write on behalf of both parties in response to the Court's September 12, 2022 Oral Order (D.I. 181).

     The parties appreciate the Court's remarks in the Order regarding the Court's calendar during the week of October 10, 2022, as well as the Court's proposal to reschedule the start of trial to October 24, 2022.  With regard to the week of October 24, both parties have conflicts and are therefore unable to proceed with a trial that week.  With regard to a trial beginning Tuesday, October 11 in the event the Court's conflicting matter is resolved and if the Court is able to address objections to Judge Hall's September 9, 2022 Report and Recommendation (Conformis hereby confirms it intends to file objections), both parties agree that if a trial is to occur, the parties intend to request more than four days for trial in the upcoming submission of the joint pretrial order.  A request for five days is anticipated, assuming the parties reach agreement on the number of asserted patents, claims, and prior art references.  To the extent a trial extending into the week of October 17 presents a problem with the Court's calendar, the parties wanted to advise the Court regarding this anticipated request, and further advise they would be amenable to the Court rescheduling trial in the first quarter of 2023 or thereafter as convenient for the Court. Should the Court wish to discuss, counsel is available at the Court's convenience.

                                           Respectfully,

                                           */s/ Andrew C. Mayo*

                                           Andrew C. Mayo (#5207)

ACM/nlm

{01837122;v1 }