# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSTEOPLASTICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CONFORMIS, INC., <br><br> Defendant. | C.A. No. 20-405-MN |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Osteoplastics, LLC ("Osteoplastics") and Defendant Conformis, Inc. ("Conformis") hereby move for an order pursuant to Fed. R. Civ. P. 4l(a)(2) dismissing all claims asserted between them, with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

The Court shall retain jurisdiction of the matter to the extent necessary to enforce the terms and conditions of the Settlement and License Agreement entered into between the parties.

Respectfully submitted this 22nd day of June, 2023.

| FISH & RICHARDSON P.C. | ASHBY & GEDDES |
|---|---|
| By: */s/Martina Tyreus Hufnal* <br> Martina Tyreus Hufnal (#4771) <br> 222 Delaware Avenue, 17th Floor <br> Wilmington, DE 19899-1114 <br> (302) 652-5070 <br> hufnal@fr.com <br><br> Jason M. Zucchi <br> 3200 RBC Plaza <br> 60 South Sixth Street <br> Minneapolis, MN 55402 <br> (612) 335-5070 <br> zucchi@fr.com <br><br> Frank E. Scherkenbach <br> One Marina Park Drive <br> Boston, MA 02210-1878 <br> (617) 521-7883 <br> Scherkenbach@fr.com <br><br> Lawrence R. Jarvis <br> 1180 Peachtree Street NE, 21st Floor <br> Atlanta, GA 30309 <br> (404) 879-7238 <br> jarvis@fr.com <br><br> **ATTORNEYS FOR PLAINTIFF OSTEOPLASTICS, LLC** | By: */s/ Andrew C. Mayo* <br> Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> amayo@ashbygeddes.com <br><br> John R. Emerson <br> Jason T. Lao <br> Tiffany M. Cooke <br> Caroline Wray Fox <br> Andrew Drott <br> Debbie J. McComas <br> HAYNES AND BOONE, LLP <br> 2323 Victory Avenue, Suite 700 <br> Dallas, TX 75219 <br> (214) 651-5000 <br> john.emerson@haynesboone.com <br> jason.lao@haynesboone.com <br> tiffany.cooke@haynesboone.com <br> caroline.fox@haynesboone.com <br> andrew.drott@haynesboone.com <br> debbie.mccomas@haynesboone.com <br><br> **ATTORNEYS FOR DEFENDANT CONFORMIS, INC** |

SO ORDERED this 23rd day of June 2023

_____
The Honorable Maryellen Noreika
United States District Judge